D/F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____X

VINCENT BEST,

<u>NOT FOR PRINT OR</u>
<u>ELECTRONIC</u>
<u>PUBLICATION</u>

                          Petitioner,

        -against-

**TRANSFER ORDER**

DUKE TERRELL, Warden, Metropolitan

10-CV-738 (ARR)

                  Respondent.
_____X

ROSS, United States District Judge:

On January 8, 2009, Vincent Best, filed a *pro se* petition seeking a writ of habeas corpus

pursuant to 28 U.S.C. § 2241 in the United States District Court for the District of South

Carolina seeking release from the Federal Correction Institution Willamsburg in Salters, South

Carolina. (Dkt. No. 1).  By Order dated February 18, 2010, the petition was transferred to this

Court because petitioner was transferred to Metropolitan Detention Center ("MDC") in

Brooklyn. (Dkt No. 40).

Petitioner was subsequently transferred from MDC to various facilities, and is currently

incarcerated at The Federal Correctional Institution (FCI) in Three Rivers, Texas, which is

located in the Southern District of Texas.  Thus, there is no longer any connection to this district.

Petitioner's challenge to the Bureau of Prisons' improper calculation of his sentence in violation

of an "oral sentence" of sixty months pronounced at sentencing by Judge Robert Potter of the

Western District of North Carolina properly lies in the district of confinement.[1] *Rumsfeld v.*

_____

[1]Petitioner states that he is specifically not challenging the legality of the imposition of
the sentence imposed by the United States District Court for the Western  District of North
Carolina. (Dkt. No. 47.)  Such a petition would have to be brought pursuant to 28 U.S.C. §2255,
*Roccisano v. Menifee*, 293 F.3d 51, 57 (2d Cir. 2002).  Since  petitioner has filed two previous §

1

*Padilla*, 542 U.S. 426, 443 (2004).

Accordingly, the Clerk of this Court shall transfer this case to the United States District Court for the Southern District of Texas.  28 U.S.C. § 1406(a).  That provision of Rule 83.1 of the Local Rules for the Eastern District of New York which requires a five-day delay in the transfer of relevant case materials is waived.

SO ORDERED.

/S/
_____
ALLYNE R. ROSS
United States District Judge

Dated:  Brooklyn, New York
       August 6, 2010

---

2255 petitions, if he were raising a claim pursuant to 28 U.S.C. §2255, he would be required to request permission from the United States Court of Appeals for the Fourth Circuit to file a second or successive habeas petition.  28 U.S.C. § 2244.

**Service List:**

Petitioner (pro se):
Vincent Best
# 10840-058
FCI Three Rivers
Federal Correctional Institution
P.O. Box 4200
Three Rivers, TX 78071

Respondent:
Barbara Murcier Bowens
United States Attorneys Office
1441 Main Street, Suite 500
Columbia, SC 29201